No. 637. JAHNCKE SERVICE, INC. *v.* GREATER NEW ORLEANS EXPRESSWAY COMMISSION ET AL. C. A. 5th Cir. Certiorari denied. *Eberhard P. Deutsch* and *René H. Himel, Jr.,* for petitioner. *George B. Matthews* for respondent Greater New Orleans Expressway Commission.

No. 638. STANDARD-TRIUMPH MOTOR Co., INC. *v.* CITY OF HOUSTON ET AL. C. A. 5th Cir. Certiorari denied. *Joyce Cox* for petitioner. *John Wildenthal, Jr.,* and *Homer T. Bouldin* for respondents.

No. 639. BROADNAX *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *James A. Jameson* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 640. MIDWEST LAUNDRY EQUIPMENT CORP. *v.* BERG ET UX. Sup. Ct. Neb. Certiorari denied. *Joseph E. Dean, Jr.,* for petitioner.

No. 641. AUTOMATION DEVICES, INC. *v.* SMALEN-BERGER, DBA AUTOMATIC FEEDER Co. C. A. 7th Cir. Certiorari denied. *Jack E. Dominik* for petitioner. *Warren C. Horton* for respondent.

No. 644. HEIDER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *William E. Dougherty* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Joseph M. Howard* and *John P. Burke* for the United States.